UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-30694 |
| | ) | |
| CAROLYN JONES | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is ORDERED:

1)  The payment to Tidewater Finance Company in §E3.1(b) is increased to $400.00 per month.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  February 21, 2018

**Prepared by:**

Dustin B. Allen
ARDC# 6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090